**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**U.S. Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action:** 10-cv-03159-MSK-CBS | **FTR** - Reporter Deck-Courtroom A402 |
| **Date:** April 5, 2011 | **Courtroom Deputy:** Linda Kahoe |

BARRY F. LOGAN,                            *Pro se*

     Plaintiff,

v.

SEARS,                                      Stephanie L. Hankin

     Defendant.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:**    **PRELIMINARY RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:**    10:40 a.m.

Court calls case. Appearance of counsel. Plaintiff appears *pro se*.

Discussion regarding Plaintiff's Opposed Motion to Disallow Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint, doc #[17], filed 4/1/2011.

For the reasons as stated on the record, it is:

**ORDERED:**    Plaintiff's Opposed Motion to Disallow Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint, doc #[17], is **DENIED.**

The court explains the discovery process to Plaintiff.

**ORDERED:**    Discovery Cut-off**: AUGUST 5, 2011**

                Dispositive Motions deadline**: SEPTEMBER 9, 2011**

                The parties may serve up to **25** Interrogatories, **25** Requests for Production of Documents, and **25** Requests for Admissions **no later than THIRTY THREE DAYS** prior to close of discovery.

The court advises Mr. Logan to keep the court and opposing counsel apprised of his current address.

Discussion regarding settlement.  The court suggests that the parties meet and discuss settlement, and to notify the court should they determine that a settlement conference will be productive.

HEARING CONCLUDED.
**Court in recess:		11:24 a.m.**
Total time in court:	00:44

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.