IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 10-cv-03159-MSK-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date: November 18, 2011 | Courtroom Deputy: Emily Seamon |

| *Parties:* | *Counsel:* |
|---|---|
| BARRY F. LOGAN, | *Pro se* |
| Plaintiff, | |
| v. | |
| SEARS, | Erin Webber |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC MOTION HEARING**
**Court in Session:** 8:30 a.m.
Court calls case. Appearances of counsel.

Discussion between the Court and counsel regarding Defendant's Motion to Compel Responses to Written Discovery Requests and for Award of Appropriate Sanctions [Doc. No. 26], discovery requests, Plaintiff filing a Motion to Compel, requests for production, Plaintiff's tax returns and charitable contributions, and Rule 26(g).

**ORDERED:** Defendant's Motion to Compel Responses to Written Discovery Requests and for Award of Appropriate Sanctions [Doc. No. 26] is DENIED WITHOUT PREJUDICE. The Court does not award fees and costs to either party.

HEARING CONCLUDED.

**Court in recess**: 8:50 a.m.
Total time in court: 00:20

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.